UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
JO ANNA PRAZAK,                )
                               )
     Plaintiff,                )
                               )
          v.                   )    NO.  3:10-0824
                               )    Judge Haynes/Bryant
SUN LIFE AND HEALTH INSURANCE  )
COMPANY, et al.,               )
                               )
     Defendants.               )
```

**O R D E R**

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 3).

An initial case management conference is set for **Monday, November 15, 2010,** at **11:30 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order **three (3) business days** prior to November 15, 2010.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge