IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JO ANNA PRAZAK | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 3:10-0824 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| SUN LIFE AND HEALTH INSURANCE | ) | |
| COMPANY (U.S.), | ) | |
| CSC. LLC f/k/a CROSSLIN SUPPLY | ) | |
| COMPANY, INC., and GROUP LONG | ) | |
| TERM DISABILITY INSURANCE FOR | ) | |
| EMPLOYEES OF CROSSLIN SUPPLY | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Upon Plaintiff's stipulation of dismissal against Defendants CSC, LLC and Group Long Term Disability Insurance for Employees of Crosslin Supply Company, Inc. (Docket Entry No. 12), pursuant to Fed. R. Civ. P. 41(a)(1)(ii) Plaintiff's claims against Defendants CSC, LLC and Group Long Term Disability Insurance for Employees of Crosslin Supply Company, Inc., are hereby **DISMISSED without prejudice**.

It is so **ORDERED**.

**ENTERED** this the ____ day of October, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge