IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
JO ANNA PRAZAK,                  )
                                 )
     Plaintiff,                  )
                                 )    No: 3:10-0824
         v.                      )    Judge Haynes
                                 )
SUN LIFE AND HEALTH INSURANCE    )
COMPANY (U.S.), et al.,          )
                                 )
     Defendants.                 )
```

## O R D E R

I hereby **RECUSE** myself of this matter. The Clerk is **directed** to reassign this case to another Magistrate Judge.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge