UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JO ANNA PRAZAK, | § § § |
| Plaintiff, | § § |
| v. | §  CASE NO.: 3:10-CV-00824 |
| SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.), | § § § § |
| CSC, LLC, f/k/a CROSSLIN SUPPLY COMPANY, INC., | § § § |
| and | § § |
| GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF CROSSLIN SUPPLY COMPANY, INC., | § § § § |
| Defendants. | § |

[handwritten annotation: "The motion is GRANTED"]

### SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.)'S UNOPPOSED MOTION TO WAIVE REQUIREMENT OF LOCAL FED. R. CIV. P. 83.01(H)(1)

Sun Life and Health Insurance Company (U.S.) ("Sun Life") moves the Court to waive the requirement of Local Federal Rule of Civil Procedure 83.01(h)(1) and, in support, states:

1. The undersigned counsel for Sun Life is licensed to practice law in the State of Tennessee and in this district but is not a resident of the State of Tennessee and does not have a law office in the State of Tennessee.

2. Local Federal Rule of Civil Procedure 83.01(h)(1) requires the undersigned counsel to associate with "counsel qualified to practice in the United States