# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| JO ANNA PRAZAK, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:10-0824 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| SUN LIFE AND HEALTH INSURANCE | ) | |
| COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The initial case management conference is reset for **Monday, November 15, 2010 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 1st day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge