IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JO ANNA PRAZAK, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:10-0824 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| SUN LIFE AND HEALTH INSURANCE | ) | |
| COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Upon notice of settlement (Docket Entry No. 21) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED with prejudice**. Each party shall bear its own costs.

It is so **ORDERED**.

ENTERED this the 15th day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge